IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LOTHAR GONZALEZ, ET. AL. | § § § | |
| Plaintiff | § § | |
| v. | § § | CIVIL ACTION NO. 4:13-cv-02298 |
| DRB SYSTEMS, INCORPORATED ET. AL., | § § § § | |
| Defendants | § § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE MELINDA HARMON:

Lothar Oliver Wirth Gonzalez and Karl Heinz Erich Wirth Gonzalez, each individually and as representatives and heirs of the estate of Juana Bethuel Gonzalez Y Macias, Deceased, and Lorena Mayela Mier Davalos, Individually ("Plaintiffs"), together with Defendant, DRB Systems Incorporated, Inc. ("DRB"), hereby notify the Court that Plaintiffs have reached a settlement with DRB. Documents dismissing DRB from this suit will be filed within the next thirty days.

Respectfully submitted,

**Brown Sims**

/s/ Michael D. Williams
Attorney-in-Charge
Texas Bar No. 21564330
Federal I.D. No. 6982
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
Tel: (713) 629-1580
Fax: (713) 629-5027

**ATTORNEYS FOR DEFENDANT DRB SYSTEMS, INCORPORATED**

**Of Counsel:**

**Brown Sims**
John G. H. Davis
Texas Bar No. 24012507
Federal I.D. No. 24428
Micah A. Grodin
Texas Bar No. 24080505
Federal I.D. No. 1839521
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
Tel: (713) 629-1580
Fax: (713) 629-5027

*-and-*

**The Lanier Law Firm, P.C.**

/s/ Lawrence P. Wilson
Attorney-in-Charge
Texas Bar No. 21704100
P.O. Box 691448
6810 FM 1960 Rd. West (77069)
Houston, Texas 77269-1448
Tel: (713) 659-5200
Fax: (713) 659-2204

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been forwarded to all attorneys of record in accordance with the Federal Rules of Civil Procedure as well as the Southern District of Texas' Local Rules via electronic filing and by fax on this the 13th day of October, 2014.

    Mr. Lawrence P. Wilson
    The Lanier Law Firm, P.C.
    6810 FM 1960 Rd. West (77069)
    Houston, Texas 77269-1448
    Fax: (713) 659-2204
    *Attorneys for Plaintiffs*

    Ms. Barbara L. Hachenburg
    Germer PLLC
    Three Allen Center
    333 Clay St., Suite 4950
    Houston, Texas 77006
    Fax: (713) 751-0412
    *Attorneys for Defendant Donald Husk*

                                            /s/ Michael D. Williams
                                            Michael D. Williams