UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LOTHAR GONZALEZ, *et al*, § § § Plaintiffs, § VS. § CIVIL ACTION NO. 4:13-CV-02298 § DRB SYSTEMS, INCORPORATED, *et al*, § § § Defendants. § | |

### ORDER OF DISMISSAL OF DRB SYSTEMS, INC. ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached. Defendant DRB Systems, Inc. is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety days from the entry of this order on representation that approval of the settlement could not be obtained from principals.

SIGNED at Houston, Texas, this 28th day of October, 2014.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE